UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAWGS & DINGOES, LLC, | |
| Plaintiff, | |
| v. | Civil Action No.: 4:22-cv-176 |
| CITY OF POOLER, GEORGIA, | |
| Defendant. | |

**FOURTH AMENDED SCHEDULING ORDER**

The parties jointly move to extend all remaining discovery deadlines and Plaintiff's deadline to serve expert witness reports, which expired on November 1, 2024. Doc. 63. This is the parties' fourth request for an extension of time. *See* doc. 49 (Scheduling Order); doc. 53 (First Amended Scheduling Order); doc. 60 (Second Amended Scheduling Order); doc. 62 (Third Amended Scheduling Order). The parties have completed fact discovery, including depositions of non-expert witnesses. Doc. 63 at 2. Counsel spent several weeks discussing resolution of this action without the need for expert discovery, but the nature of the claims asserted in this action prevented a resolution without reliance on experts . Doc. 63. Combined with the recent impact of Hurricane Helene, the parties have been unable to complete expert discovery. *Id*. at 2-3. Having reviewed the motion and for good cause shown, the Court **GRANTS** Plaintiff and Defendant's Joint Motion to Amend and Extend Amended Scheduling Order, doc. 63, pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court,

These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not

1

need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| PLAINTIFF'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | January 31, 2025 |
| DEFENDANT'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | March 3, 2025 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | May 2, 2025 |
| STATUS REPORT DUE[1] | May 16, 2025 |

---

[1] A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

| | |
|---|---|
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | June 16, 2025 |

**SO ORDERED**, this 19th day of November, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA