AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DAWGS & DINGOES, LLC,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-00176

THE CITY OF POOLER,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 28, 2026, Defendant The City of Pooler's Motion for Summary Judgment is granted and Plaintiff Dawgs & Dingoes, LLC's Motion for Summary Judgment is denied. The remaining state law claims are remanded to the Superior Court of Chatham County. This case stands closed.

9/28/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*